## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

SAFEWARE, THE INSURANCE AGENCY
INC.,

      Plaintiff,

      vs.

LYNDON SOUTHERN INSURANCE
COMPANY, INSURANCE COMPANY OF
THE SOUTH, RESPONSE INDEMNITY
COMPANY OF CALIFORNIA, and
4WARRANTY CORPORATION,

      Defendants.

Case No. 2:18-cv-1061

Hon. Algenon L. Marbley

Magistrate Judge Elizabeth A. Preston Deavers

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER, CANCELLING PRELIMINARY INJUNCTION HEARING, AND STAYING THE CASE PENDING ARBITRATION

This matter is before the Court on the Stipulation by the Parties to Extend the Temporary Restraining Order. (ECF No. 7). For good cause shown, it is hereby **ORDERED** that:

(1) The Court's Temporary Restraining Order (ECF No. 3) shall remain in full force and effect until the requests for injunctive relief are resolved in arbitration;

(2) That, until the requests for injunctive relief are resolved in arbitration, Defendants shall continue funding the valid and approved claims pursuant to Defendants' Contractual Liability Insurance Policies with Safeware, and the consumers' Service Contracts, and process such claims according to the pattern and practice of the parties up to September 6, 2018;

(3) That the September 28, 2018, hearing on Plaintiff's Motion for Preliminary Injunction and all of the related briefing deadlines are hereby **CANCELLED**, and all proceedings in the case are **STAYED** pending arbitration;

(4) That the parties shall notify the Court of the arbitration panel's resolution of the injunctive relief issues relevant to the Court's Temporary Restraining Order within ten (10) days of the decision's issuance.

**IT IS SO ORDERED.**

DATED:  September 24, 2018

        **s/ Algenon L. Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**